IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NJH,

    Plaintiff,
v.                                              CASE NO. 1:08-cv-00062-MP-AK

NORMA NICKERSON,
JUDY PARKS,
PAM VIERA,

    Defendants.
_____/

**O R D E R**

This matter came before the Court for a teleconference on the Motion to Stay Discovery (doc. 24) and on Doc. 40, Suggestion of Death regarding Ms. Viera.  As stated during the teleconference, the motion to stay discovery is denied as moot, based on this Court's order denying the motions to dismiss (doc. 38).  Defendants Parks and Nickerson shall have until and including Monday, July 7, 2008, to file an answer to the complaint.  The Court will stay the action with regard to Ms. Viera and her estate until an appropriate motion, such as a motion for substitution, is filed or until Friday, July 18, 2008, whichever occurs first.

    **DONE AND ORDERED** this _1st_ day of July, 2008

                                   *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge