IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NJH,

    Plaintiff,

v.                                      CASE NO. 1:08-cv-00062-MP-AK

NORMA NICKERSON,
JUDY PARKS,
PAM VIERA,

    Defendants.

_____/

**O R D E R**

This matter came before the Court for a telephonic status conference on August 29, 2008. As stated during the conference, the motion for substitution of parties, doc. 50, is granted, and "Cathy Ann Shimonsky, as executor de son tort of the Estate of Pam Viera" is substituted for defendant Pam Viera. Ms. Shimonsky will have until Friday, September 19, 2008, to respond to the complaint. The Clerk is directed also to extend the discovery and related deadlines by 120 days.

**DONE AND ORDERED** this  *5th*  day of September, 2008

                        *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge