IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NJH,

    Plaintiff,

v.                                                           CASE NO. 1:08-cv-00062-MP-AK

NORMA NICKERSON,
JUDY PARKS,
CATHY ANN SHIMONSKY,
PAM VIERA,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 83, Motion to Extend Time of October 3, 2008 Status Conference. The motion, which was not opposed, is granted. Additionally, in Doc. 84, the parties indicate that this case has been set for mediation on October 28, 2008. Accordingly, the case is hereby stayed until after mediation is completed. Plaintiff shall file a status report to the Court on or before Wednesday, November 5, 2008.

**DONE AND ORDERED** this  *3rd*  day of October, 2008

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge