IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


NJH,

      Plaintiff,

v.                                                                    CASE NO. 1:08-cv-00062-MP-AK

NORMA NICKERSON,
JUDY PARKS,
CATHY ANN SHIMONSKY,
PAM VIERA,

      Defendants.

_____/

## **O R D E R**

      This matter came before the Court for a telephonic status conference, Doc. 98.  As stated during the conference, the following deadlines are set in this case:

| Event | Deadline |
|-------|----------|
| Rule 26(a)(2) disclosure of Expert witnesses and their opinions | Plaintiff: 60 days of the date of this order; Defendant: 30 days after Plaintiff's disclosure |
| Discovery closes | May 20, 2009 |
| Summary judgment motions | 20 days after close of discovery |

      The Initial Scheduling Order remains in full force and effect in all other respects.  The pretrial conference will be set after the close of discovery, and the trial date will be set at the pretrial conference.  The Plaintiff shall attempt to minimize the number of fact witnesses needed to be deposed and shall file an amended witness list by Friday, December 5, 2008.  The parties

shall confer to consider the drafting of a joint motion and proposed order regarding mental health

witnesses.

**DONE AND ORDERED** this  *24th*  day of November, 2008

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge