IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NJH,

    Plaintiff,

v.           CASE NO. 1:08-cv-00062-MP-AK

NORMA NICKERSON,
JUDY PARKS,
CATHY ANN SHIMONSKY,
PAM VIERA,

    Defendants.
_____/

**O R D E R**

    This matter is before the Court on Doc. 116 Motion for Extension of Time to File Report of Plaintiff's Expert. The motion is granted, and Plaintiff shall have until February 23, 2009, to serve the written report of expert Ms. Schembera. Defendants will have 30 days after Plaintiff's disclosure to serve expert standard of care reports. All other discovery deadlines remain unaffected by this order.

    **DONE AND ORDERED** this _12th_ day of February, 2009

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge