IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NJH,

    Plaintiff,

v.                                       CASE NO. 1:08-cv-00062-MP-AK

NORMA NICKERSON,
JUDY PARKS,
CATHY ANN SHIMONSKY,
PAM VIERA,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 117, Joint Motion for Order Authorizing Release of Information. In the motion, Plaintiff seeks an order authorizing the release of information in the possession of the Department of Children and Family Services which pertains to the two youths identified as S.P. and A.P. The Motion is not opposed. It is hereby

**ORDERED AND ADJUDGED:**

The Motion at Doc. 117 is granted. The Department of Children and Family Services is authorized and directed to release information regarding S.P. and A.P., and the use of said information is authorized in this proceeding, subject to the provisions of the confidentiality orders issued by this Court and the state Circuit Court on June 17, 2005.

**DONE AND ORDERED** this  *12th*   day of February, 2009

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge