IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NJH,

    Plaintiff,

v.                                                CASE NO. 1:08-cv-00062-MP-AK

NORMA NICKERSON,
JUDY PARKS,
CATHY ANN SHIMONSKY,
PAM VIERA,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 56, Plaintiff's motion to strike affirmative defenses of the Defendants. First, at Paragraph 119 of Defendant Parks' answer, she argued that Plaintiff failed to exhaust her administrative remedies before bringing this suit. However, in Doc. 60, Defendant Parks withdrew its affirmative defense regarding exhaustion of administrative remedies. That part of the motion to strike is thus denied as moot.

In Paragraph 118 of Parks' affirmative defenses and Defendant Nickerson's Tenth Affirmative Defense, the Defendants argue that damages should be apportioned among all tortfeasors under Florida's tort statutes. The Plaintiff moves to strike the affirmative defenses and argues that joint and several liability is proper in this case. The Court agrees with the Defendants that this issue cannot be resolved until discovery is completed, as additional facts are required to determine if joint and several liability is appropriate. Accordingly, this motion is

denied without prejudice to Plaintiff and Defendants raising the issue again after discovery is

completed.  It is hereby

    **ORDERED AND ADJUDGED:**

The affirmative defense at Paragraph 119 of Parks' Answer is hereby withdrawn.  The motion to strike affirmative defenses, Doc. 56, is denied, without prejudice to the parties raising the issue of apportionment after discovery has been completed.

**DONE AND ORDERED** this  *1st*   day of April, 2009

                    *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge